# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1294**
**CA 11-01374**
PRESENT: CENTRA, J.P., PERADOTTO, CARNI, LINDLEY, AND SCONIERS, JJ.

---

RAY ROBINSON, INDIVIDUALLY AND AS PARENT AND
NATURAL GUARDIAN OF RAYSHAWN ROBINSON,
PLAINTIFF-APPELLANT,

V                                                                    ORDER

RODNEY JOHNSON, JR., DEFENDANT-RESPONDENT.

---

ANDREWS, BERNSTEIN & MARANTO, LLP, BUFFALO (ANDREW J. CONNELLY OF
COUNSEL), FOR PLAINTIFF-APPELLANT.

THOMAS P. DURKIN, ROCHESTER, FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered October 8, 2010 in a personal injury action. The order granted defendant's motion for summary judgment dismissing plaintiff's complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  December 23, 2011                          Frances E. Cafarell
                                                      Clerk of the Court